IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Case No. 18-cr-00293-RBJ                                    Date April 8, 2019

Case Title: United States v. John Van Wu

**GOVERNMENT WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| SA Michael Tonozzi | 45 Minutes |
| Annie Jiang | 30 Minutes |
| Ruiyuan Jiang | 30 Minutes |
| Rebecca Reynolds | 30 Minutes |
| May Vang Eddy Bounmark | 30 Minutes |
| Mee Yang | 30 Minutes |
| Fran Shirek | 30 Minutes |
| Lan Ha | 30 Minutes |
| Hon Huynh | 30 Minutes |
| Thanh Dinh | 30 Minutes |
| Miriam Olea | 30 Minutes |
| Sofia Torres | 30 Minutes |
| Jose Torres | 30 Minutes |
| Dianna Kong | 30 Minutes |
| Lydia Torres | 30 Minutes |
| Nikki Jiang | 30 Minutes |
| Amanda Vang | 30 Minutes |
| Dr. Elizabeth Kraft | 90 Minutes |
| SI Steven Winter | 45 Minutes |