IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Case No. 18-cr-00293-RBJ

Case Title: United States of America v. John Van Wu

DEFENDANT'S EXHIBIT LIST

| Exhibit | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|
| A | Annie Jiang Written Statement | | | | | |
| B | Nikki Jiang Written Statement | | | | | |
| C | Ruiyuan Jiang Written Statement | | | | | |
| D | Annie Jiang Written Statement with Redactions | | | | | |
| E | Nikki Jiang Written Statement with Redactions | | | | | |
| F | Ruiyuan Jiang Written Statement with Redactions | | | | | |
| G | Stipulation Regarding PDMP | | | | | |