

**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** WU, JOHN | **Facility** FCI Englewood | **Collected** 05/27/2020 08:06 |
| **Reg #** 44803-013 | **Order Unit** C05-004U | **Received** 05/28/2020 10:53 |
| **DOB** 07/02/1969 | **Provider** D. Oba, MD | **Reported** 05/28/2020 13:05 |
| **Sex** M | | **LIS ID** 142201879 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.2 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| CO2 | | 25 | 22-29 | mmol/L |
| BUN | | 15 | 6-20 | mg/dL |
| Creatinine | | 1.01 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.7 | 8.6-10.0 | mg/dL |
| Glucose | H | 154 | 74-109 | mg/dL |
| AST | | 31 | 10-40 | U/L |
| ALT | H | 46 | 8-41 | U/L |
| Alkaline Phosphatase | | 64 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.2 | mg/dL |
| Total Protein | | 7.9 | 6.6-8.7 | g/dL |
| Albumin | | 4.6 | 3.5-5.2 | g/dL |
| Globulin | | 3.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.39 | 1.00-2.30 | |
| Anion Gap | | 14.4 | 9.0-19.0 | |
| BUN/Creat Ratio | | 14.6 | 5.0-30.0 | |

7

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 1

**DEFENDANT'S EXHIBIT**
A



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** WU, JOHN | **Facility** FCI Englewood |
| **Reg #** 44803-013 | **Order Unit** C05-004U |
| **DOB** 07/02/1969 | **Provider** D. Oba, MD |
| **Sex** M | |

**Collected** 05/20/2020 07:29, 05/21/2020 09:49
**Received** 05/21/2020 09:14
**Reported** 05/21/2020 13:09
**LIS ID** 133201568

## CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Cholesterol | | 178 | <200 | mg/dL |
| Triglycerides | H | 213 | <150 | mg/dL |
| HDL Cholesterol | L | 38 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 97 | <130 | mg/dL |
| Chol/HDL Ratio | H | 4.7 | 0.0-4.0 | |
| CRP | H | 5.0 | <5.0 | mg/L |

## SPECIAL CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| T4, Free | | 1.28 | 0.93-1.70 | ng/dL |
| PSA, Total | | 0.82 | <3.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| TSH | | 3.67 | 0.27-4.20 | uIU/mL |

## HEMATOLOGY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| WBC | | 6.6 | 3.5-10.5 | K/uL |
| NRBC% | | 0.0 | | |
| RBC | | 5.49 | 4.10-6.00 | M/uL |
| Hemoglobin | | 16.3 | 12.0-17.5 | g/dL |
| Hematocrit | | 47.8 | 38.8-50.0 | % |
| MCV | | 87.1 | 76.0-100.0 | fL |
| MCH | | 29.7 | 27.0-33.0 | pg |
| MCHC | | 34.1 | 28.0-36.0 | g/dL |
| RDW-CV | | 12.9 | 12.0-15.0 | % |
| Platelet | | 308 | 150-450 | K/uL |
| MPV | H | 10.9 | 6.9-10.5 | fL |
| Neutrophils % | | 47.1 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Lymphocytes % | | 39.9 | | % |
| Monocytes % | | 8.8 | | % |
| Eosinophils % | | 3.0 | | % |
| Basophils % | | 0.9 | | % |
| Immature Granulocytes % | | 0.3 | | % |
| Neutrophils # | | 3.1 | 1.1-7.9 | K/uL |
| Lymphocytes # | | 2.6 | 0.5-4.7 | K/uL |
| Monocytes # | | 0.6 | 0.0-1.3 | K/uL |
| Eosinophils # | | 0.2 | 0.0-0.7 | K/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 1 of 3



DEFENDANT'S EXHIBIT B



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** WU, JOHN | **Facility** FCI Englewood | **Collected** 05/20/2020 07:29, 05/21/2020 09:49 |
| **Reg #** 44803-013 | **Order Unit** C05-004U | **Received** 05/21/2020 09:14 |
| **DOB** 07/02/1969 | **Provider** D. Oba, MD | **Reported** 05/21/2020 13:09 |
| **Sex** M | | **LIS ID** 133201568 |

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Basophils # | | 0.1 | 0.0-0.2 | K/uL |
| Immature Granulocytes # | | 0.02 | | 10^3/uL |

### HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.3 | <5.7 | % |

    5.7 - 6.4  Increased Risk
       > 6.4  Diabetes

### HEPATITIS

| | | | |
|---|---|---|---|
| Hep B Surface Ag | | Non-Reactive | Non-Reactive |
| Hep B Surface Ab | A | Positive | Negative |
| Hep B Core Ab Total | A | Reactive | Non-Reactive |
| Hep B Core IgM | | Non-Reactive | Non-Reactive |
| Hep C Ab | | Non-Reactive | Non-Reactive |



DEFENDANT'S EXHIBIT C

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 2 of 3

# Bureau of Prisons
## Health Services
### Dental Health History Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WU, JOHN VAN | | Reg #: | 44803-013 |
| Date of Birth: | 07/02/1969 | Sex: M  Race: ASIAN/PAC. | Facility: | ENG |
| Encounter Date: | 10/28/2019 11:31 | Provider: Bermel, Thomas DMD | Unit: | J04 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 10/28/2019 11:31
**Health Problems**

| Health Problem | Status |
|---|---|
| Asthma | Current |
| LTBI Pending Tx Eval | Current |

**Medical History as of Dental Health History Encounter date:** 10/28/2019 11:31
**Medical History:**
**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillins | Rash | 10/22/2019 |
| Clindamycin/Lincomycin | Rash | 10/22/2019 |
| Latex Exam Gloves | Anaphylaxis | 10/22/2019 |

**Seizures:** Denied
**Diabetes:** Denied
**Cardiovascular:** Denied
**CVA:** Denied
**Hypertension:** Denied
**Respiratory:**
  **Age of Onset:** Adult (41-50 Years)
  **Hx of Asthma:** No
  **Hx of Emphysema:** No
  **Hx of COPD:** No
  **Comments:** states that he uses QVAR for reactive airway disease secondary to infection
**Sickle Cell Anemia:** Denied
**Carcinoma/Lymphoma:** Denied
**HIV History:**
  **When Tested:** 2017
  **Test Result:** Negative
  **When Diagnosed AIDS:**
  **Last CD4:**
  **Comments:**
**Hepatitis:** Denied


DEFENDANT'S EXHIBIT D

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WU, JOHN VAN | | Reg #: | 44803-013 |
| Date of Birth: | 07/02/1969 | Sex: M  Race: ASIAN/PAC. | Facility: | ENG |
| Note Date: | 10/22/2019 15:27 | Provider: Oba, D. MD, CD | Unit: | J04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Oba, D. MD, CD
        new intake on inhaled steroid, change to fomulary medication,

**ASSESSMENTS:**

Asthma, J45909 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Mometasone Furoate 220 MCG/Inh | 10/22/2019 15:27 | 220 mcg Orally -  Two Times a Day x 180 day(s) -- inhale one puff of medication two times daily for inflammation suppression |

    **Indication:** Asthma

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Oba, D. MD, CD on 10/22/2019 15:29



Generated 10/22/2019 15:29 by Oba, D. MD, CD    Bureau of Prisons - ENG    Page 1 of 1

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WU, JOHN VAN | | | Reg #: | 44803-013 |
| Date of Birth: | 07/02/1969 | Sex: M | Race: ASIAN/PAC. | Facility: | ENG |
| Note Date: | 10/22/2019 15:38 | Provider: | Oba, D. MD, CD | Unit: | J04 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Oba, D. MD, CD
    inhaled steroid changed to formulary mometasone 220 mcg

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 10/22/2019 15:38

Generated 10/22/2019 15:38 by Oba, D. MD, CD    Bureau of Prisons - ENG    Page 1 of 1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WU, JOHN VAN | | | Reg #: | 44803-013 |
| Date of Birth: | 07/02/1969 | Sex: | M   Race: ASIAN/PAC. | Facility: | ENG |
| Encounter Date: | 11/26/2019 10:41 | Provider: | Cordova, Frankie NP-C | Unit: | J04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Cordova, Frankie NP-C

**Chief Complaint:** Breathing Problems

**Subjective:** S: Inmate reports feeling he is coming down with a sinus infection and his asthma is getting tight, he reports generally Cipro works well and is requesting treatment as soon as possible. Inmate denies chest pain or discomfort presently.
O: VSSA, PF 440/440/400 poor effort, cough, congestion, nasal discharge, dark sputum, slight wheezing, abdomen soft, BS present, skin di, cap refill < 2 sec, turgor immediate, inmate can make needs known
A: Asthma/sinusitis
P: Medication, counseling, education, otc, rtc if needed

**Pain:** No

## OBJECTIVE:

## ASSESSMENT:

Asthma, J45909 - Current

Chronic sinusitis, unspecified, J329 - Current

Cough, R05 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 11/26/2019 10:41 | 800-160mg Orally Mouth -  Two Times a Day x 7 day(s) -- take one tablet by mouth twice daily |

   **Indication:** Chronic sinusitis, unspecified

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/26/2019 | Counseling | Access to Care | Cordova, Frankie | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cordova, Frankie NP-C on 11/26/2019 11:11

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WU, JOHN VAN | | | Reg #: | 44803-013 |
| Date of Birth: | 07/02/1969 | Sex: | M    Race:ASIAN/PAC. | Facility: | ENG |
| Note Date: | 04/30/2020 13:06 | Provider: | Cordova, Frankie NP-C | Unit: | C05 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**     **Provider:** Cordova, Frankie NP-C
   Inmate did not receive his MDI rescue inhaler, he feels that he needs the MDI as discussed, he denies any SOB, chest pain presently.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Albuterol Inhaler HFA ) 90 MCG/ACT | 04/30/2020 13:06 |

   **Prescriber Order:** 8.5mg Orally Mouth -four times a day PRN x 180 day(s) -- Two puffs four times daily by mouth as needed
   **Indication:** Asthma

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cordova, Frankie NP-C on 04/30/2020 13:08

| Inmate Name: | WU, JOHN VAN | | | | Reg #: | 44803-013 |
|---|---|---|---|---|---|---|
| Date of Birth: | 07/02/1969 | Sex: | M | Race: ASIAN/PAC. | Facility: | ENG |
| Encounter Date: | 05/12/2020 08:50 | Provider: | Oba, D. MD, CD | | Unit: | C05 |

**Exam:**

No: M/R/G, S3, S4

### Musculoskeletal

#### Spine-Lumbar

Yes: Full Range of Motion, Non-tender on Palpation, Normal Bony Landmarks, Symmetric, Normal Lumbar Lordosis, Normal Passive ROM, Neurovascular Intact

No: Normal Exam, Normal Active ROM

#### Hip

Yes: Non-tender on Palpation R, Normal Bony Landmarks R, Symmetric R, Normal Active ROM R, Normal Passive ROM R, Neurovascular Intact R

No: Normal Exam R, Full Range of Motion R

## ASSESSMENT:

LTBI Pending Tx Eval, P795.5 - Resolved - *treated INH on year in Vietnam as a child. negative CXR*

Asthma, J45909 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Beclomethasone HFA Oral Inhaler 80 Mcg/ACT | | 05/12/2020 08:50 |
| | **Prescriber Order:** | 80 mcg Orally - Two Times a Day x 360 day(s) -- inhale one puff of medication twice daily | |
| | **Indication:** Asthma | | |

### Renew Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 116252-ENG | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | | 05/12/2020 08:50 |
| | **Prescriber Order:** | **Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. **Inhaler should last at least 30 days**  do not use regularly, only for as needed use. PRN x 360 day(s) | |
| | **Indication:** Asthma | | |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 05/27/2020 00:00 | Routine |
| Lab Tests - Short List-General-Hep B core Ab, Total | | | |
| Lab Tests - Short List-General-Hep B surface Ab | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |
| Lab Tests - Short List-General-C-Reactive Protein (CRP) | | | |
| Lab Tests - Short List-General-Comprehensive | | | |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | WU, JOHN VAN | | | Reg #: | 44803-013 |
|---|---|---|---|---|---|
| Date of Birth: | 07/02/1969 | Sex: M | Race: ASIAN/PAC. | Facility: | ENG |
| Note Date: | 06/01/2020 08:26 | Provider: | Oba, D. MD, CD | Unit: | C05 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Oba, D. MD, CD
        hemolyzed sample for CMP, re-order

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 110585-ENG | Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses] | | 06/01/2020 08:26 |

    **Prescriber Order:** \*\*replaces Beclomethasone\*\* Use regularly. Activate and Inhale one puff by mouth twice daily per written instructions. \*\*rinse mouth after use\*\* . x 360 day(s)

    **Indication:** Asthma

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 06/01/2020 08:27

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
|---|---|---|---|
| Reg #: | 44803-013 | Inmate Name: | WU, JOHN VAN |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/12/2020 | 08:55 ENG | 96.3 | 35.7 | Oral | Oba, D. MD, CD |
| Orig Entered: 05/12/2020 10:57 EST   Oba, D. MD, CD | | | | | |
| 02/03/2020 | 09:43 ENG | 101.0 | 38.3 | Oral | Cordova, Frankie NP-C |
| Orig Entered: 02/03/2020 11:44 EST   Cordova, Frankie NP-C | | | | | |
| 10/29/2019 | 06:29 ENG | 97.0 | 36.1 | Oral | Cordova, Frankie NP-C |
| Orig Entered: 10/29/2019 08:32 EST   Cordova, Frankie NP-C | | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/12/2020 | 08:55 ENG | 93 | Via Machine | | Oba, D. MD, CD |
| Orig Entered: 05/12/2020 10:57 EST   Oba, D. MD, CD | | | | | |
| 02/03/2020 | 09:43 ENG | 84 | Radial | Regular | Cordova, Frankie NP-C |
| Orig Entered: 02/03/2020 11:44 EST   Cordova, Frankie NP-C | | | | | |
| 10/29/2019 | 06:29 ENG | 74 | Radial | Regular | Cordova, Frankie NP-C |
| Orig Entered: 10/29/2019 08:32 EST   Cordova, Frankie NP-C | | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/12/2020 | 08:55 ENG | 16 | Oba, D. MD, CD |
| Orig Entered: 05/12/2020 10:57 EST   Oba, D. MD, CD | | | |
| 02/03/2020 | 09:43 ENG | 16 | Cordova, Frankie NP-C |
| Orig Entered: 02/03/2020 11:44 EST   Cordova, Frankie NP-C | | | |
| 10/29/2019 | 06:29 ENG | 16 | Cordova, Frankie NP-C |
| Orig Entered: 10/29/2019 08:32 EST   Cordova, Frankie NP-C | | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/12/2020 | 08:55 ENG | 133/93 | Right Arm | Sitting | Adult-large | Oba, D. MD, CD |
| Orig Entered: 05/12/2020 10:57 EST   Oba, D. MD, CD | | | | | | |
| 02/03/2020 | 09:43 ENG | 122/80 | Left Arm | Sitting | Adult-regular | Cordova, Frankie NP-C |
| Orig Entered: 02/03/2020 11:44 EST   Cordova, Frankie NP-C | | | | | | |
| 10/29/2019 | 06:29 ENG | 146/88 | Left Arm | Sitting | Adult-regular | Cordova, Frankie NP-C |
| Orig Entered: 10/29/2019 08:32 EST   Cordova, Frankie NP-C | | | | | | |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 05/12/2020 | 08:55 ENG | 430 | 450 | 480 | Good | Without | Oba, D. MD, CD |
| Orig Entered: 05/12/2020 10:57 EST   Oba, D. MD, CD | | | | | | | |

**SaO2:**


EXHIBIT F